

FILED

2018 SEP 18 PM 4:11

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ W
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NA**A18CR0341 RP** |
| Plaintiff, ) | |
| v. ) | **INDICTMENT** |
| ) | |
| ) | [21 USC 846 and 841 – |
| ) | conspiracy PWID |
| ) | +5kg cocaine & +500 g meth] |
| 1. Hector VASQUEZ-Ramirez, ) | |
| ███████████████████████ ) | |
| ) | |
| 3. Esmeralda OCANA, ) | |
| 4. Luis Fabian MARTINEZ-Solis,) | |
| ███████████████████, ) | |
| 6. David Alonzo SILVA-Mendez, ) | |
| ███ █ ██████████,) | |
| █ █████████, ) | |
| █ ████ █████A, ) | |
| █ ██████████A, ) | |
| 11. Marcos DOMINGUEZ-Gutierrez) | |
| ██ ████████, ) | |
| 13. Kristopher TAUBERT, ) | |
| 14. Marco DOMINGUEZ-Velasquez,) | |
| 15. Edwin PADILLA-Ramirez, ) | |
| █ █████████████, ) | |
| and ) | |
| 17. Maria GUZMAN-Meza, ) | |
| Defendants. ) | |

USAO # 2018R01746

1

THE GRAND JURY CHARGES:

### Count One
### [21 U.S.C. § 841(a)(1) and 846]

Beginning in or about July, 2017 and continuing until on or about the date of this Indictment, in the Western District of Texas, and elsewhere the Defendants,



1. Hector VASQUEZ-Ramirez,
■ ▬▬▬▬▬▬▬▬▬▬,
3. Esmeralda OCANA,
4. Luis Fabian MARTINEZ-Solis,
■ ▬▬▬▬▬▬▬▬▬▬,
6. David Alonzo SILVA-Mendez,
■ ■ ▬▬▬▬▬▬▬▬,
■ ▬▬▬▬▬▬▬,
■ ▬▬ ▬▬,
■ ▬▬ ▬▬,
11. Marcos DOMINGUEZ-Gutierrez
■ ▬▬ ▬▬,
13. Kristopher TAUBERT,
14. Marco DOMINGUEZ-Velasquez,
15. Edwin PADILLA-Ramirez,
■ ▬▬▬▬▬▬▬▬,
and
17. Maria GUZMAN-Meza,

did knowingly, intentionally and unlawfully combine, conspire confederate and agree with others known and unknown to possess

2

with intent to distribute a controlled substance, which offense involved more than five (5) kilograms of a mixture or substance that contained a detectable amount of cocaine, a Schedule II Controlled Substance, and more than 500 grams of a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a) and 841(b)(1)(A).

A TRUE BILL

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

Foreman

John F. Bash
United States Attorney

MARK H. MARSHALL
Assistant U. S. Attorney

3

| | | | | |
|---|---|---|---|---|
| Sealed | | | **A18CR0341 RP** | |
| Unsealed | X | Personal Data Sheet   USAO# | 2018R01746 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  x  NO
CASE NO.

| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
|---|---|---|---|---|
| Date: | **9/18/2018** | Mag Ct.#   **MATTER**   SSN: | FBI#: | |

| Case No.: | | Assistant U. S. Attorney: | **Mark H. Marshall** |
|---|---|---|---|
| Defendant: | **HECTOR VASQUEZ-RAMIREZ  (1)** | Date of Birth: | **REDACTED** |

Address: _____

| Citizenship: | United States | Mexican | Other |
|---|---|---|---|

Interpreter Needed: ____  Language ____

Defense Attorney: ____  Employed ____

Address of Attorney: ____  Appointed ____

| Defendant is: | In Jail ____ | Where: ____ |
|---|---|---|
| | On Bond ____ | Amt. of Bond ____  Where: ____ |

Date of Arrest: ____  Bench Warrant Needed ____

Prosecution By:  Information ____  Indictment **X**

Offense (Code & Description): **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:  Felony **X**  Misdemeanor ____

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:  As to special assessment  Yes **X**  No ____

Remarks:

**A18CR0341 RP**

Sealed _____

Unsealed **X**

Personal Data Sheet    USAO# **2018R01746**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  **x** NO

CASE NO.

County: **TRAVIS**   **AUSTIN** Division    Judge: _____

Date: **9/18/2018**   Mag Ct.#   **MATTER**   SSN:    FBI#:

Case No.: _____    Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **GERARDO TORRES-SANCHEZ (2)**    Date of Birth: **REDACTED**

Address: _____

Citizenship:    United States _____   Mexican _____   Other _____

Interpreter Needed: _____    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:   In Jail _____   Where: _____
                On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:    Information _____    Indictment **X**

Offense (Code & Description): **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:   Felony **X**    Misdemeanor _____

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment    Yes **X**   No _____

Remarks: _____

| Sealed | | | **A18CR0341** | **RP** |
|---|---|---|---|---|
| Unsealed | X | Personal Data Sheet | USAO# | 2018R01746 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES   x   NO

CASE NO. _____

County: **TRAVIS**    **AUSTIN** Division    Judge: _____

Date: **9/18/2018**    Mag Ct.#    **MATTER**    SSN: _____    FBI#: _____

Case No.: _____    Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **ESMERALDA OCANA (3)**    Date of Birth: **REDACTED**

Address: _____

Citizenship:    United States _____    Mexican _____    Other _____

Interpreter Needed: _____    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail _____    Where: _____

On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By: _____    Information _____    Indictment   X

Offense (Code & Description):    **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:    Felony   X    Misdemeanor _____

Maximum Sentence:    **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:    As to special assessment    Yes   X    No _____

Remarks: _____

| | | | |
|---|---|---|---|
| Sealed | | **A18CR0341 RP** | |
| Unsealed X | Personal Data Sheet | USAO# | 2018R01746 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  x  NO

CASE NO.

County: **TRAVIS**   **AUSTIN** Division   Judge:

Date: **9/18/2018**   Mag Ct.#   **MATTER**   SSN:   FBI#:

Case No.:   Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **LUIS FABIAN MARTINEZ-SOLIS   (4)**   Date of Birth: **REDACTED**

Address:

Citizenship:   United States ____   Mexican ____   Other ____

Interpreter Needed:    Language

Defense Attorney:    Employed

Address of Attorney:    Appointed

Defendant is:   In Jail ____   Where: ____
               On Bond ____   Amt. of Bond ____   Where: ____

Date of Arrest:    Bench Warrant Needed

Prosecution By:   Information ____   Indictment **X**

Offense (Code & Description): **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:   Felony **X**   Misdemeanor ____

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment   Yes **X**   No ____

Remarks:

A18CR0341 RP

| | | | | |
|---|---|---|---|---|
| Sealed | _____ | | | |
| Unsealed | X | Personal Data Sheet | USAO# | 2018R01746 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  x  NO
CASE NO.

| County: | TRAVIS | AUSTIN Division | | Judge: | |
|---|---|---|---|---|---|
| Date: | 9/18/2018 | Mag Ct.# | MATTER | SSN: | FBI#: |

Case No.: _____  Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **LEOBARDO VILLAFUERTE-MEJIA (5)**   Date of Birth: **REDACTED**

Address: _____

Citizenship:   United States ___   Mexican ___   Other ___

Interpreter Needed: ___   Language ___

Defense Attorney: ___   Employed ___

Address of Attorney: ___   Appointed ___

Defendant is:   In Jail ___   Where: ___
                On Bond ___   Amt. of Bond ___   Where: ___

Date of Arrest: ___   Bench Warrant Needed ___

Prosecution By:   Information ___   Indictment  X

Offense (Code & Description):  **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:   Felony  X   Misdemeanor ___

Maximum Sentence:  **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment   Yes  X   No ___

Remarks:

**A18CR0341 RP**

Sealed _____

Unsealed  **X**    Personal Data Sheet    USAO# **2018R01746**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  **x** NO

CASE NO.

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | | Judge: _____ |
| Date: | **9/18/2018** | Mag Ct.# | **MATTER** SSN: | FBI#: |

Case No.: _____  Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **DAVID ALONSO SILVA-MENDEZ (6)**   Date of Birth: **redacted**

Address: _____

Citizenship:  United States _____   Mexican _____   Other _____

Interpreter Needed: _____   Language _____

Defense Attorney: _____   Employed _____

Address of Attorney: _____   Appointed _____

Defendant is:  In Jail _____  Where: _____

On Bond _____  Amt. of Bond _____  Where: _____

Date of Arrest: _____   Bench Warrant Needed _____

Prosecution By:   Information _____   Indictment **X**

Offense (Code & Description):  **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:  Felony **X**   Misdemeanor _____

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:  As to special assessment   Yes **X**   No _____

Remarks: _____

|   |   |   |   |
|---|---|---|---|
| Sealed | _____ | **A18CR0341 RP** | |
| Unsealed | X | Personal Data Sheet USAO# 2018R01746 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES   x  NO

CASE NO. _____

County: **TRAVIS**   **AUSTIN** Division   Judge: _____

Date: **9/18/2018**   Mag Ct.#: _____   **MATTER**   SSN: _____   FBI#: _____

Case No.: _____   Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **JOSE DE JESUS VARGAS-MUNIZ (7)**   Date of Birth: **REDACTED**

Address: _____

Citizenship: United States ___   Mexican ___   Other ___

Interpreter Needed: _____   Language _____

Defense Attorney: _____   Employed _____

Address of Attorney: _____   Appointed _____

Defendant is: In Jail ___   Where: _____
On Bond ___   Amt. of Bond ___   Where: _____

Date of Arrest: _____   Bench Warrant Needed _____

Prosecution By:   Information ___   Indictment **X**

Offense (Code & Description): **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:   Felony **X**   Misdemeanor ___

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory: As to special assessment   Yes **X**   No ___

Remarks:

|  |  |  |  |  |
|---|---|---|---|---|
| Sealed | _____ |  | **A18CR0341** | **RP** |
| Unsealed | **X** | Personal Data Sheet USAO# | **2018R01746** |  |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___YES **x** NO
CASE NO. _____

| County: | **TRAVIS** | **AUSTIN** Division | Judge: _____ |
|---|---|---|---|
| Date: | **9/18/2018** | Mag Ct.# **MATTER** SSN: | FBI#: |

| Case No.: _____ | Assistant U. S. Attorney: | **Mark H. Marshall** |
|---|---|---|
| Defendant: | **MARK ANTHONY MEDRANO (8)** | Date of Birth: **REDACTED** |

Address: _____

| Citizenship: | United States _____ | Mexican _____ | Other _____ |
|---|---|---|---|
| Interpreter Needed: _____ | | Language _____ | |

Defense Attorney: _____                  Employed _____

Address of Attorney: _____              Appointed _____

| Defendant is: | In Jail _____ | Where: _____ |
|---|---|---|
|  | On Bond _____ | Amt. of Bond _____ Where: _____ |

Date of Arrest: _____                    Bench Warrant Needed _____

Prosecution By:            Information _____           Indictment **X**

Offense (Code & Description):  **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:              Felony **X**        Misdemeanor _____

Maximum Sentence:   **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment       Yes **X**    No _____

Remarks: _____

**A18CR0341 RP**

Sealed _____

Unsealed __X__           Personal Data Sheet        USAO#   __2018R01746__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES __x__ NO
CASE NO. _____

County: **TRAVIS**        **AUSTIN**  Division           Judge: _____

Date: **9/18/2018**   Mag Ct.#   **MATTER**   SSN: _____   FBI#: _____

Case No.: _____           Assistant U. S. Attorney:  **Mark H. Marshall**

Defendant: **APOLINAR PADILLA   (9)**            Date of Birth: **REDACTED**

Address: _____

Citizenship:       United States _____       Mexican _____      Other _____

Interpreter Needed: _____       Language _____

Defense Attorney: _____       Employed _____

Address of Attorney: _____       Appointed _____

Defendant is:    In Jail _____    Where: _____

                 On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____       Bench Warrant Needed _____

Prosecution By:              Information _____      Indictment __X__

Offense (Code & Description):  **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:       Felony __X__       Misdemeanor _____

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment       Yes __X__    No _____

Remarks: _____

**A18 CR 0341 RP**

| | | | |
|---|---|---|---|
| Unsealed X | Personal Data Sheet | USAO# | 2018R01746 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  x  NO

CASE NO.

County: **TRAVIS**    **AUSTIN** Division    Judge: _____

Date: **9/18/2018**    Mag Ct.#    **MATTER**    SSN:    FBI#:

Case No.: _____    Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **RAFAEL PADILLA (10)**    Date of Birth: **REDACTED**

Address: _____

Citizenship:    United States ___    Mexican ___    Other ___

Interpreter Needed: _____    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail ___    Where: _____
                 On Bond ___    Amt. of Bond ___    Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:    Information ___    Indictment **X**

Offense (Code & Description): **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:    Felony **X**    Misdemeanor ___

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:    As to special assessment    Yes **X**    No ___

Remarks: _____

| Sealed | | | **A18CR0341** RP |
|---|---|---|---|
| Unsealed | X | Personal Data Sheet USAO# | 2018R01746 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___YES  x  NO
CASE NO.

| County: | **TRAVIS** | **AUSTIN** Division | Judge: |
|---|---|---|---|
| Date: | **9/18/2018** | Mag Ct.# **MATTER** SSN: | FBI#: |

| Case No.: | | Assistant U. S. Attorney: | **Mark H. Marshall** |
|---|---|---|---|
| Defendant: | **MARCOS DOMINGO GUTIERREZ (11)** | Date of Birth: | **REDACTED** |

Address:

| Citizenship: | United States | Mexican | Other |
|---|---|---|---|

Interpreter Needed:                                  Language

Defense Attorney:                                     Employed

Address of Attorney:                                 Appointed

| Defendant is: | In Jail | Where: |
| | On Bond | Amt. of Bond | Where: |

Date of Arrest:                                       Bench Warrant Needed

Prosecution By:              Information              Indictment  **X**

Offense (Code & Description):   **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:        Felony  **X**        Misdemeanor

Maximum Sentence:  **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment        Yes  **X**        No

Remarks:

**A18CR0341 RP**

Remarks: DEA Paul Schiller  Cell: 512-952-8265

Sealed

Unsealed  **X**          Personal Data Sheet          USAO#   **2018R01746**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  **x** NO
CASE NO.

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
| Date: | **9/18/2018** | Mag Ct.# | **MATTER** SSN: | FBI#: |

Case No.:                                    Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **MIGUEL CERVANTES  (12)**        Date of Birth: **REDACTED**

Address:

Citizenship:       United States        Mexican        Other

Interpreter Needed:              Language

Defense Attorney:              Employed

Address of Attorney:              Appointed

Defendant is:  In Jail ___  Where: ___
             On Bond ___  Amt. of Bond ___  Where: ___

Date of Arrest:              Bench Warrant Needed

Prosecution By:       Information        Indictment  **X**

Offense (Code & Description):  **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:     Felony  **X**     Misdemeanor

Maximum Sentence:  **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:  As to special assessment     Yes  **X**     No

Remarks:

```
                                                          A18CR0341    RP
    Sealed  _____

  Unsealed    X        Personal Data Sheet    USAO#    2018R01746
                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS

                                              RELATED CASE ___ YES  x  NO
                            CASE NO.
```

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
| Date: | 9/18/2018 | Mag Ct.# | **MATTER** SSN: | FBI#: |

Case No.: _____ Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **KRISTOPHER TAUBERT   (13)**      Date of Birth: **redacted**

Address: _____

Citizenship:     United States ____     Mexican ____     Other ____

Interpreter Needed: ____     Language ____

Defense Attorney: ____     Employed ____

Address of Attorney: ____     Appointed ____

Defendant is:     In Jail ____     Where: ____
                  On Bond ____     Amt. of Bond ____     Where: ____

Date of Arrest: ____     Bench Warrant Needed ____

Prosecution By:     Information ____     Indictment  **X**

Offense (Code & Description):   **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:     Felony  **X**     Misdemeanor ____

Maximum Sentence:   **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:     As to special assessment     Yes  **X**     No ____

Remarks:

|          |   |
|---|---|
| Sealed   |   |
| Unsealed | X |

**A18CR0341 RP**

Personal Data Sheet  USAO# **2018R01746**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  x  NO
CASE NO.

| County: | **TRAVIS** | **AUSTIN** Division | Judge: |
| Date: | **9/18/2018** | Mag Ct.# **MATTER** SSN: | FBI#: |

Case No.:        Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **MARCO DOMINGUEZ-VALAZQUEZ (14)**    Date of Birth: **REDACTED**

Address:

Citizenship:    United States    Mexican    Other

Interpreter Needed:     Language

Defense Attorney:     Employed

Address of Attorney:     Appointed

Defendant is:    In Jail    Where:
             On Bond    Amt. of Bond    Where:

Date of Arrest:     Bench Warrant Needed

Prosecution By:    Information    Indictment **X**

Offense (Code & Description): **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:    Felony **X**    Misdemeanor

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:    As to special assessment    Yes **X**    No

Remarks:

**A18CR0341 RP**

| | | | | |
|---|---|---|---|---|
| Sealed | | | | |
| Unsealed | X | Personal Data Sheet | USAO# | 2018R01746 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___YES  x  NO
CASE NO.

| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
|---|---|---|---|---|
| Date: | **9/18/2018** | Mag Ct.# | **MATTER** SSN: | FBI#: |

| Case No.: | | Assistant U. S. Attorney: | **Mark H. Marshall** |
|---|---|---|---|
| Defendant: | **EDWIN N. PADILLA-RAMIREZ   (15)** | Date of Birth: | **REDACTED** |

Address:

| Citizenship: | United States | Mexican | Other |
|---|---|---|---|

Interpreter Needed:                              Language

Defense Attorney:                              Employed

Address of Attorney:                              Appointed

| Defendant is: | In Jail | Where: | |
|---|---|---|---|
| | On Bond | Amt. of Bond | Where: |

Date of Arrest:                              Bench Warrant Needed

Prosecution By:                Information                Indictment  **X**

Offense (Code & Description):   **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:           Felony  **X**           Misdemeanor

Maximum Sentence:   **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment     Yes  **X**     No

Remarks:

| | | |
|---|---|---|
| Sealed | | **A18CR0341** RP |
| Unsealed X | Personal Data Sheet | USAO# 2018R01746 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

RELATED CASE ___ YES  x  NO

CASE NO.

| | | | |
|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: |
| Date: | 9/18/2018 | Mag Ct.# | **MATTER** SSN: | FBI#: |

Case No.: _____   Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **CRISTAL JUAREZ-CHAIREZ (16)**   Date of Birth: **REDACTED**

Address: _____

Citizenship: United States ___   Mexican ___   Other ___

Interpreter Needed: ___   Language _____

Defense Attorney: _____   Employed ___

Address of Attorney: _____   Appointed ___

Defendant is: In Jail ___   Where: _____
On Bond ___   Amt. of Bond ___   Where: _____

Date of Arrest: _____   Bench Warrant Needed ___

Prosecution By:   Information ___   Indictment **X**

Offense (Code & Description): **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:   Felony **X**   Misdemeanor ___

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment   Yes **X**   No ___

Remarks: _____

|  |  |  |  |  |
|---|---|---|---|---|
| Sealed | _____ |  | **A18CR0341** | **RP** |
| Unsealed | X | Personal Data Sheet    USAO# | 2018R01746 |  |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  x  NO

CASE NO. _____

| County: | **TRAVIS** | **AUSTIN** | Division | Judge: |
|---|---|---|---|---|
| Date: | **9/18/2018** | Mag Ct.# ____ | **MATTER** SSN: ____ | FBI#: ____ |

Case No.: _____ Assistant U. S. Attorney: **Mark H. Marshall**

Defendant: **MARIA GUZMAN-MEZA   (17)**    Date of Birth: **REDACTED**

Address: _____

Citizenship:   United States ____   Mexican ____   Other ____

Interpreter Needed: ____   Language _____

Defense Attorney: _____   Employed ____

Address of Attorney: _____   Appointed ____

Defendant is:   In Jail ____   Where: _____
                On Bond ____   Amt. of Bond ____   Where: _____

Date of Arrest: _____   Bench Warrant Needed ____

Prosecution By:   Information ____   Indictment **X**

Offense (Code & Description): **Ct 1: 21 U.S.C. 846: Conspiracy with intent to distribute more than 500 grams methamphetamine and 5 kilos cocaine**

Offense Is:   Felony **X**   Misdemeanor ____

Maximum Sentence: **Ct. 1: 10-Life imprisonment; $10 million fine; at least 5 yrs. S.R.; $100 special assessment**

Penalty is Mandatory:   As to special assessment   Yes **X**   No ____

Remarks: _____